No. 431.    WILLIAM CHISHOLM ET AL., PETITIONERS, *v.* MARY

H. HALL ET AL., EXECUTORS, ETC. October 26, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Harvey D. Goulder, Mr. S. H. Holding* and *Mr. Frank S. Masten* for petitioners. *Mr. T. E. Tarsney* for respondents.

---

